BOSTON WALL PAPER COMPANY *vs.* JAMES F. MULLEN.

Suffolk.    December 14, 1894. — January 4, 1895.

Present: FIELD, C. J., ALLEN, HOLMES, KNOWLTON, & BARKER, JJ.

*Poor Debtor — Recognizance — Statute.*

A poor debtor recognizance, requiring the principal defendant to deliver himself up " for examination before some magistrate authorized to act," is to be construed as if it required the debtor to deliver himself up for examination before some court or magistrate named in St. 1888, c. 419.

CONTRACT, against a surety upon a poor debtor's recognizance. At the trial in the Superior Court, before *Hammond,* J., the defendant asked the judge to rule that the recognizance was void because the condition thereof was not in accordance with Pub. Sts. c. 162, and acts in amendment thereof, in that the debtor was required to deliver himself up " for examination before some magistrate authorized to act," instead of a court; but the judge declined so to rule, and held that the recognizance was valid and binding, and ordered judgment for the plaintiff.    The defendant alleged exceptions.

*W. O. Kyle,* for the defendant.

*W. B. French,* for the plaintiff.

ALLEN, J.    The ruling was right.    *Stearns* v. *Hemenway,* 162 Mass. 17.

*Exceptions overruled.*